Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA

    V.    Case No. A03-161-1 CR (AHB/JDR)

Antonio Sapp Jr.

    On April 23, 2004, the above-named was placed on probation for a period of two years. The defendant has complied with the rules and regulations of probation and is no longer in need of supervision. The defendant started out his probation period with a positive UA (meth) and received a new conviction of DWLS. The defendant's conditions were modified to include a stay at the Cordova Center and the completion of an outpatient treatment program. The defendant has shown a positive turn around and has been in compliance with all conditions for approximately 18 months. He is now gainfully employed and has not tested positive for the consumption of narcotics since the beginning of his probationary period. It is accordingly recommended that Antonio Sapp Jr. be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

*Travis Lyons*
Travis Lyons
U.S. Probation Officer

*Eric D. Odegard*
Eric D. Odegard
Supervising U.S. Probation Officer

## ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this __12th__ day of __January__, 20_06_.

*John D. Roberts*
John D. Roberts
U.S. Magistrate Judge